Entered: July 24, 2012
Signed:  July 24, 2012

**SO ORDERED**



DAVID E. RICE
U.S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

In re:   Case No.:  12−16448 − DER    Chapter:  7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Brenda Davis Cunningham
*debtor has no known aliases*
801 William Avenue
Westminster, MD 21157

Social Security No.:  xxx−xx−8883

Employer's Tax I.D. No.:

# FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above−named debtor(s) on 4/5/12.

The estate of the above−named debtor(s) has been fully administered.

ORDERED, that Zvi Guttman is discharged as trustee of the estate of the above−named debtor(s); and the Chapter 7 case of the above named debtor(s) is closed.

**fnldec** − *admin*

**End of Order**